

FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 25-0044

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 25-0044

RYAN DEAN GABRIEL,

        Plaintiff and Appellant,

    v.

FREDERICK "FRITZ" J. GROENKE dba
MONTANA REAL ESTATE GROUP, TAYLOR
KAI GROENKE, GROENKE HOLDINGS, LLC,
and MONTANA REGIONAL MLS, LLC,

        Defendants and Appellees.

**O R D E R**

FILED

FEB 1 8 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Through counsel, Appellee Kai Groenke moves this Court to dismiss this appeal because self-represented Appellant Ryan Dean Gabriel is not appealing a final order or judgment. M. R. App. P. 4(1)(a). Groenke provides that the other Appellees do not oppose the motion.[1] Gabriel has not filed a response.

Groenke provides that Gabriel is appealing a December 31, 2024 Order declaring Gabriel as a vexatious litigant and that the Flathead County District Court has not determined the amount of Groenke's award of attorney's fees. Groenke maintains that Gabriel's appeal is premature, pursuant to M. R. App. P. 4(1)(a), and that this appeal may be dismissed *sua sponte*, pursuant to M. R. App. P. 4(5)(a)(iii). Groenke requests that due to Gabriel's premature filing of the notice of appeal and upon dismissal, she should also be entitled to an award of fees, costs, or sanctions.

Upon review, this Court agrees this appeal is premature because the award of attorney's fees has not been determined. However, at this juncture we decline to impose as a sanction Groenke's attorney's costs and fees in responding to this premature appeal.

---

[1] Groenke has an Order of Protection against Gabriel.

IT IS ORDERED that Groenke's motion to dismiss is GRANTED and that this appeal is DISMISSED without prejudice.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to counsel of record and to Ryan Dean Gabriel personally.

DATED this 18 day of February, 2025.

_____
Chief Justice

_____

_____

_____

_____
Justices